| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HOLMAN, THOMAS C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>02/25/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>01/01/2015 |
| 7. Chambers or Office Address<br><br>UNITED STATES BANKRUPTCY COURT<br>501 I STREET, SUITE 3-200<br>SACRAMENTO, CA 95814 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 02/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 02/25/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | M | T | | | | | |
| 2. BANK OF AMERICA ACCOUNT (Trust 2) | A | Interest | J | T | | | | | |
| 3. ABALX (IRA NO. 1) | A | Dividend | | | Sold | 01/01/14 | M | F | |
| 4. BABIPrt (457B PLAN NO. 1) | A | Int./Div. | K | T | | | | | |
| 5. MDCPIND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 6. MS EAFE (457B PLAN NO. 1) | B | Int./Div. | K | T | | | | | |
| 7. RUS IND (457B PLAN NO. 1) | A | Int./Div. | J | T | | | | | |
| 8. STK IND (457B PLAN NO. 1) | A | Int./Div. | L | T | | | | | |
| 9. ▨ABI (IRA NO. 1) | | None | J | T | | | | | |
| 10. DREYFUS OPPORTUNISTIC MIDCAP VALUE - DMCVX (IRA NO. 2) | A | Dividend | K | T | | | | | |
| 11. SYMETRA LIFE INSURANCE CO. | C | Interest | M | T | | | | | |
| 12. DREYFUS LIQUID ASSETS - DLAXX (IRA NO. 2) | | None | J | T | | | | | |
| 13. JACKSON NATIONAL LIFE INSURANCE CO. - ANNUITY (SEP IRA NO. 2 | A | Interest | J | T | | | | | |
| 14. TRMXX (IRA NO. 1) | A | Dividend | M | T | | | | | |
| 15. SCHWAB INC MONEY MARKET ACCOUNT | A | Int./Div. | J | T | | | | | |
| 16. SCHWAB BANK CHECKING ACCOUNT | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. FRANKLIN TEMPLETON (FKTFX) (Trust 2) | D | Dividend | M | T | | | | | |
| 18. PUTNAM CA TAX EXEMPT INCOME A (PCTEX) (Trust 2) | D | Dividend | N | T | | | | | |
| 19. PUTNAM GROWTH & INCOME A (PGRWX) (Trust 2) | B | Dividend | M | T | | | | | |
| 20. RKT (IRA NO. 2) | A | Dividend | J | T | | | | | |
| 21. SMURFIT STONE CONTAINER CORP PFD CONV EXCH SER A (IRA NO. 2) | | None | J | T | | | | | |
| 22. BANK OF AMERICA ACCOUNTS (Trust 3) | A | Interest | M | T | | | | | |
| 23. GSRAX (IRA NO. 1) | D | Dividend | P1 | T | | | | | |
| 24. MORGAN STANLEY CASH ACCOUNT (IRA 2) | A | Interest | L | T | | | | | |
| 25. RENTAL PROPERTY # 1 (SANTA CRUZ, CA) (Trust 3) | | None | P1 | W | | | | | |
| 26. RENTAL PROPERTY # 2 (SANTA CRUZ, CA) (Trust 3) | | None | N | W | | | | | |
| 27. STERLING BANK/ UMPQUA BANK ACCOUNTS ▮▮▮▮ | A | Interest | | | Open | 02/18/14 | N | | POD Accounts |
| 28. STERLING BANK/ UMPQUA BANK ACCOUNTS ▮▮▮▮ | A | Interest | | | Distributed | 03/18/14 | N | A | Trust 3 |
| 29. STERLING BANK/ UMPQUA BANK ACCOUNTS (Trust 3) | A | Interest | N | T | | | | | |
| 30. WELLS FARGO BANK ACCOUNTS ▮▮▮▮ | A | Interest | | | Open | 02/18/14 | O | | POD Accounts |
| 31. WELLS FARGO BANK ACCOUNTS ▮▮▮▮ | A | Interest | | | Distributed | 03/25/14 | O | A | Trust 3 |
| 32. WELLS FARGO BANK ACCOUNTS (Trust 3) | A | Interest | O | T | | | | | |
| 33. US BANK ACCOUNTS ▮▮▮▮ | A | Interest | | | Open | 02/18/14 | P1 | | POD Accounts |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMAN, THOMAS C. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. US BANK ACCOUNTS ▨ ▨ | B | Interest | | | Distributed | 04/08/14 | P1 | A | Trust 3 |
| 35. US BANK ACCOUNTS (Trust 3) | B | Interest | P1 | T | | | | | |
| 36. HOUSE & LAND ASHLAND (Estate 1) | | None | N | Q | Open | 02/27/14 | N | | Estate 1 Opened. |
| 37. HOUSEHOLD GOODS ASHLAND (Estate 1) | | None | J | Q | Open | 02/27/14 | J | | Estate 1 Opened |
| 38. BANK OF AMERICA ACCOUNTS (Estate 1) | A | Interest | | | Open | 02/27/14 | O | | Estate 1 Opened |
| 39. BANK OF AMERICA ACCOUTS (Estate 1) | A | Interest | | | Distributed | 04/17/14 | O | A | Chase BankAccts Estate 1 |
| 40. CHASE BANK ACCOUNTS (Estate 1) | A | Interest | O | T | Open | 02/27/14 | J | | Estate 1 Opened |
| 41. INVS PRFD OPPOR 20 CUSIP 92119K704 (Estate 1) | A | Int./Div. | | | Open | 02/27/14 | K | | Estate 1 Opened |
| 42. INVS PRFD OPPOR 20 CUSIP 92119K704 (Estate 1) | A | Int./Div. | | | Sold | 05/20/14 | K | A | Chase Bank Accts Estate 1 |
| 43. DESCHUTES CNTY ORE NPFG B/E/ CUSIP 250316LR5 (Estate 1) | A | Int./Div. | | | Open | 02/27/14 | K | | Estate 1 Opened |
| 44. DESCHUTES CNTY ORE NPFG B/E/ CUSIP 250316LR5 (Estate 1) | A | Int./Div. | | | Sold | 05/20/14 | K | A | Chase Bank Accts Estate 1 |
| 45. MET LIFE TOTAL CONTROL SURVIVOR LIFE INSURANCE (Estate 1) | A | Int./Div. | J | T | Open | 02/27/14 | J | | Estate 1 Opened |
| 46. MET LIFE TOTAL CONTROL SURVIVOR LIFE (Estate 1) | A | Int./Div. | | | Redeemed | 05/09/14 | J | A | Chase Bank Acccts Estate 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 3 --- THIS ASSET WAS SOLD ON 08/23/13 ALONG WITH OTHER ASSETS LISTED IN THE 2013 REPORT AS SOLD ON THAT DATE (LINES 4, 5, & 7). THE SALE OF THIS ASSET WAS ERRONEOUSLY OMITTED FROM THE 2013 REPORT.

PART VII, LINE 23 --- THE SYMBOL/CUSIP FOR THIS ASSET IS CORRECTED. IT SHOULD HAVE BEEN GSRAX RATHER THAN GXRAS IN THE 2013 REPORT (LINE 31).

PART VII, LINE 36 --- APPRAISAL DATE 2/17/14.

PART VII, LINE 37 --- APPRAISAL DATE 2/17/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS C. HOLMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544